IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| John Doe ) | | |
|        Plaintiff, ) | C/A No.: 4:24-cv-06665-MGL-TER | |
| v. ) | | |
| ) | **ORDER FOR THE RELEASE OF** | |
| Kadija Holloman, John Doe and Jane Doe, ) | **RECORDS FOR C.G.** | |
| ) | | |
|        Defendants. ) | | |
| ) | | |

This matter comes before the Court upon the motion and consent of counsel for Plaintiff and Defendant Kadija Holloman for the South Carolina Department of Juvenile Justice (SCDJJ) and South Carolina Department of Corrections (SCDC) to release all records maintained by each agency regarding Chase N. Gibson (date of birth \*\*/\*\*/2005) including, but not limited to: Juvenile Form 5, locations history, inmate record, facility records, including Midlands Evaluation Center, Juvenile Detention Center, Upstate Evaluation Center, Broad River Road Complex, Coastal Evaluation Center), disciplinary records, incident reports, event reports, investigations (criminal and/or internal), including any Prison Rape Elimination Act (PREA) investigations, videos related to any investigation, classification records, parole board recommendations, and any parole/release records.

Additionally, counsel moved and consented to the release copies of any and all recorded information SCDJJ and SCDC may have concerning Chase N. Gibson including by way of example, but not limited to the following:

All medical records, physicians' records, surgeons' records, x-rays, CAT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films, pathology materials, slides, tissues, laboratory reports, discharge summaries, progress notes, consultations, prescriptions, pharmacy records, records of drug abuse and alcohol abuse, HIV/AIDS diagnosis or treatment, physicals and histories, nurses' notes, patient intake forms, correspondence, psychiatric records, social workers' records, insurance records, consent for treatment, statements of account, bills, invoices, or any other papers concerning any treatment,

1

examination, periods or stays of hospitalization, confinement, diagnosis or other information pertaining to and concerning the physical or mental condition of Chase N. Gibson.

Therefore, IT IS ORDERED that the records of C.G. be released by SCDJJ and SCDJJ to the counsel of Plaintiff and Defendant Holloman.

IT IS SO ORDERED.

s/Thomas E. Rogers, III  
The Honorable Thomas E. Rogers, III  
United States Magistrate Judge

Florence, South Carolina  
August 14, 2025